**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **THEODORE W. OLSZANSKI, PETER VOTTO, and TAIREESE REMBERT, Derivatively on behalf of Digital Turbine, Inc.,** | § § § § § | |
| *Plaintiffs*, | § | **Lead Case No. 1:22 cv-911** |
| **v.** | § § | **(Consolidated)** |
| **WILLIAM GORDON STONE, III, ROB DEUTSCHMAN, ROY H. CHESTNUTT, HOLLY HESS GROOS, MOHAN GYANI, JEFF KARISH, MICHELLE M. STERLING, MOLLIE SPILMAN, AND BARRETT GARRISON,** | § § § § § § § § § | **1:22-cv-944 1:22-cv-1006** |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Voluntary Dismissal Without Prejudice ("Voluntary Dismissal") filed by Plaintiffs Theodore W. Olszanski, Peter Votto, and Taireese Rembert. (Dkt. # 16.) In the Voluntary Dismissal, Plaintiffs agree to dismiss their claim against Defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Having considered the Voluntary Dismissal, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own fees and costs. The Clerk of Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain. The Clerk of the Court shall enter a copy of this order in 1:22-cv-944 and 1:22-cv-1006.

    **IT IS SO ORDERED.**

    **SIGNED:** November 5, 2024, Austin, Texas.

_____

DAVID ALAN EZRA
SENIOR U.S DISTRICT COURT JUDGE

1